FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2009 JUL 28 PM 4:22
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA **09-4539**

| | |
|---|---|
| JAMES WALTER WILLIAMSON, JR. | CIVIL ACTION |
| VERSUS | NO. **SECT. K MAG. 1** |
| HERCULES OFFSHORE, INC. | SECTION " ", MAG. ( ) |

**COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **JAMES WALTER WILLIAMSON, JR.**, an individual of the full age of majority, and respectfully shows that Defendant, **HERCULES OFFSHORE, INC.**, is liable to him for the following, to-wit:

I.

Made defendant herein is:

**HERCULES OFFSHORE, INC.**, a corporation doing business in Louisiana.

II.

Plaintiff brings this action in admiralty, pursuant to the admiralty and general maritime law of the United States, as modified by the Jones Act, 42 U.S.C. § 688, and designates this action as an admiralty or maritime claim within the meaning of Federal Rules of Civil Procedure, Rule 9(h).

III.

Jurisdiction with this District Court is proper pursuant to 28 U.S.C. §1333.

___ Fee $350
✓ Process
X Dktd
___ CtRmDep
___ Doc. No.

IV.

At all material times hereto, the plaintiff, James Walter Williamson, Jr. was employed by defendant, Hercules Offshore, Inc., as a seaman, a member of the crew of RIG 260, a jack up drilling vessel owned and/or operated by defendant, Hercules Offshore, Inc.

V.

The plaintiff, James Walter Williamson, Jr. was employed as a senior electrician and member of the crew of RIG 260 working in the Bay of Bengal off the coast of India, when on or about November 18, 2008 plaintiff, through the negligence of defendants and/or the unseaworthiness of the vessel, was caused to sustain serious injuries to mind and body, including but not limited to his cervical spine, when he sustained an electrical shock while working checking the voltage on a brake popping breaker. Upon information and belief, this was a very old unit which had been out of service for a lengthy period of time and which was replaced shortly after the accident. The electrical system aboard the vessel was outdated and had not been regularly and properly maintained despite repeated requests and complaints. The defendant failed and refused to provide the plaintiff with a reasonably safe place to work.

VI.

As a consequence of the negligence of the defendant and the unseaworthiness of the vessel, plaintiff has been caused to sustain severe injuries and disabilities entitling him to damages for mental and physical pain and suffering, past and future, permanent liability, loss of wages, past and future, impairment of earning capacity, medical expenses, past and future, punitive damages, and other such damages as may be shown at the time of trial of this matter.

VII.

Plaintiff while reiterating and re-alleging each and every allegation made hereinabove additionally alleges:

Defendant, Hercules Offshore, Inc., has failed to pay to plaintiff adequate maintenance to which he is entitled, and is arbitrary, capricious, willful, wanton, callous, and/or unreasonable in this regard, entitling plaintiff to recover compensatory damages for its failure to do so, as well as attorney's fees, costs, damages and any other recovery permitted by law from defendants in an amount justified by the law and facts herein.

**WHEREFORE**, your petitioner prays that defendant, Hercules Offshore, Inc., be duly cited and served with a copy of the Complaint and that after due proceedings had, there be judgment in favor of petitioner, James Williamson, in a true and full sum which is reasonable under the circumstances, together with legal interest from the date of judicial demand, and for all costs of these proceedings.

Respectfully Submitted:

LAURENCE E. BEST - #3012
PETER S. KOEPPEL - #1465
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000